UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 APR -6 PM 3:58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN REYES-AGUILAR<br><br>　　　　　　　　Defendant. | CASE NO. 10cr639-BEN<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case(10cr1177-BEN) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

____　of the offense(s) of:

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: April 5, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LOUISA S. PORTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED ON _____